# APPENDIX A

# INCUMBENT MIX OF CHICAGO FIRE DEPARTMENT

## 1980, 2017, and 2020

## *United States v. Albrecht*, 80-C-1590 (N.D. Ill.)

1

## APPENDIX A*

### INCUMBENT MIX OF CHICAGO FIRE DEPARTMENT
### 1980, 2017, and 2020
#### *United States v. Albrecht,* 80-C-1590 (N.D. Ill.)

**Total Personnel Across All Ranks (*i.e.*, Firefighter, Engineer, Lieutenant, Captain, and Battalion Chief)**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 3,870 (83.91% of total personnel) | 2,553 (65.11% of total personnel) | 2,547 (64.66% of total personnel) |
| Black | 603 (13.07% of total personnel) | 742 (18.92% of total personnel) | 663 (16.83% of total personnel) |
| Hispanic | 136 (2.95% of total personnel) | 565 (14.41% of total personnel) | 661 (16.78% of total personnel) |
| Other Race/Ethnicity | 3 (.07% of total personnel) | 61 (1.56% of total personnel) | 68 (1.73% of total personnel) |
| Total Personnel in all Ranks Combined | 4,612 | 3,921 | 3,939 |
| *Total Hispanic and Black Personnel (i.e., total representation)* | *739 (16.02% of total personnel)* | *1,307 (33.33% of total personnel)* | *1,324 (33.61% of total personnel)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.  *See* Ex. 3 and Ex. 10.**

**Total Personnel in Promotional Ranks Only (*i.e.*, Engineer, Lieutenant, Captain, and Battalion Chief)**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 1,484 (93.63% of total promotional ranks) | 960 (73.17% of total promotional ranks) | 960 (72.56% of total promotional ranks) |
| Black | 79 (4.98% of total promotional ranks) | 212 (16.16% of total promotional ranks) | 206 (15.57% of total promotional ranks) |
| Hispanic | 21 (1.33% of total promotional ranks) | 124 (9.45% of total promotional ranks) | 138 (10.43% of total promotional ranks) |
| Other Race/Ethnicity | 1 (0.06% of total promotional ranks) | 16 (1.22% of total promotional ranks) | 19 (1.44% of total promotional ranks) |
| Total Personnel in Promotional Ranks (Engineer, Lieutenant, Captain, and Battalion Chief) | 1,585 | 1,312 | 1,323 |
| *Total Hispanic and Black Personnel in Promotional Ranks (i.e., Hispanic and Black representation)* | *100 (6.31% of total promotional ranks)* | *336 (25.61% of total promotional ranks)* | *344 (26% of total promotional ranks)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.  *See* Ex. 3 and Ex. 10.**

**Rank: Firefighter**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 2,386 (78.82% of all Firefighters) | 1,593 (61.06% of all Firefighters) | 1,587 (60.67% of all Firefighters) |
| Black | 524 (17.31% of all Firefighters) | 530 (20.31% of all Firefighters) | 457 (17.47% of all Firefighters) |
| Hispanic | 115 (3.80% of all Firefighters) | 441 (16.90% of all Firefighters) | 523 (19.99% of all Firefighters) |
| Other Race/Ethnicity | 2 (0.07% of all Firefighters) | 45 (1.73% of all Firefighters) | 49 (1.87% of all Firefighters) |
| Total Firefighters | 3,027 | 2,609 | 2,616 |
| *Total Hispanic and Black Firefighters (i.e., total representation)* | *639 (21.11% of all Firefighters)* | *971 (37.21% of all Firefighters)* | *980 (37.46% of all Firefighters)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.  *See* Ex. 3 and Ex. 10.**

4

**Rank: Engineer**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 473 (91.31% of all Engineers) | 260 (71.23% of all Engineers) | 317 (68.91% of all Engineers) |
| Black | 37 (7.14% of all Engineers) | 64 (17.53% of all Engineers) | 83 (18.04% of all Engineers) |
| Hispanic | 7 (1.35% of all Engineers) | 34 (9.32% of all Engineers) | 52 (11.31% of all Engineers) |
| Other Race/Ethnicity | 1 (0.20% of all Engineers) | 7 (1.92% of all Engineers) | 8 (1.74% of all Engineers) |
| Total Engineers | 518 | 365 | 460 |
| *Total Hispanic and Black Engineers (i.e., total representation)* | *44 (8.49% of all Engineers)* | *98 (26.85% of all Engineers)* | *135 (29.35% of all Engineers)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.** *See* **Ex. 3 and Ex. 10.**

**Rank: Lieutenant**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 681 (94.06% of all Lieutenants) | 448 (72.72% of all Lieutenants) | 390 (72.62% of all Lieutenants) |
| Black | 32 (4.42% of all Lieutenants) | 89 (14.45% of all Lieutenants) | 73 (13.59% of all Lieutenants) |
| Hispanic | 11 (1.52% of all Lieutenants) | 72 (11.69% of all Lieutenants) | 66 (12.29% of all Lieutenants) |
| Other Race/Ethnicity | 0 (0.00% of all Lieutenants) | 7 (1.14% of all Lieutenants) | 8 (1.50% of all Lieutenants) |
| Total Lieutenants | 724 | 616 | 537 |
| *Total Hispanic and Black Lieutenants (i.e., total representation)* | *43 (5.94% of all Lieutenants)* | *161 (26.14% of all Lieutenants)* | *139 (25.88% of all Lieutenants)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.  *See* Ex. 3 and Ex. 10.**

6

**Rank: Captain**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 187<br>(94.92% of all Captains) | 139<br>(71.65% of all Captains) | 157<br>(79.70% of all Captains) |
| Black | 8<br>(4.06% of all Captains) | 42<br>(21.65% of all Captains) | 20<br>(10.15% of all Captains) |
| Hispanic | 2<br>(1.02% of all Captains) | 12<br>(6.18% of all Captains) | 17<br>(8.63% of all Captains) |
| Other Race/Ethnicity | 0<br>(0.00% of all Captains) | 1<br>(0.52% of all Captains) | 3<br>(1.52% of all Captains) |
| Total Captains | 197 | 194 | 197 |
| *Total Hispanic and Black Captains (i.e., total representation)* | *10*<br>*(5.08% of all Captains)* | *54*<br>*(27.83% of all Captains)* | *37*<br>*(18.78% of all Captains)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information.** *See* **Ex. 3 and Ex. 10.**

**Rank: Battalion Chief**

| Race/Ethnicity | 1980 | 2017 | 2020 |
|---|---|---|---|
| White | 143 (97.95% of all Battalion Chiefs) | 113 (82.48% of all Battalion Chiefs) | 96 (74.41% of all Battalion Chiefs) |
| Black | 2 (1.37% of all Battalion Chiefs) | 17 (12.41% of all Battalion Chiefs) | 30 (23.26% of all Battalion Chiefs) |
| Hispanic | 1 (0.68% of all Battalion Chiefs) | 6 (4.38% of all Battalion Chiefs) | 3 (2.33% of all Battalion Chiefs) |
| Other Race/Ethnicity | 0 (0.00% of all Battalion Chiefs) | 1 (0.73% of all Battalion Chiefs) | 0 (0.00% of all Battalion Chiefs) |
| Total Battalion Chiefs | 146 | 137 | 129 |
| *Total Hispanic and Black Battalion Chiefs (i.e., total representation)* | *3 (2.05% of all Battalion Chiefs)* | *23 (16.79% of all Battalion Chiefs)* | *33 (25.59% of all Battalion Chiefs)* |

**APPENDIX A**

**\*Appendix A is based on the City of Chicago's responses to the United States' requests for information. *See* Ex. 3 and Ex. 10.**