# EXHIBIT 2

Partial Civil Docket

for CA 73-C-661

*United States v. City of Chicago*

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:73-cv-00661

| | |
|---|---|
| USA v. Chgo, Cty of, et al | Date Filed: 03/15/1973 |
| Assigned to: Hon. James H. Alesia | Date Terminated: 10/17/1979 |
| Demand: $0 | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**USA**     represented by     **Cynthia Drabek**
United States Department of Justice
Civil Rights Division
Washington, DC 20530
(202) 633-3415
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Chicago, Illinois, Street & Sanitation**
*a municipal corporation*
    represented by     **Judson Hirsch Miner**
Miner, Barnhill & Galland, P.C.
325 N. LaSalle St.
Ste. 350
Chicago, IL 60654
(312) 751-1170
Email: jminer@lawmbg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Rocks , Jr.**
Jackson Lewis P.C. (Chicago)
150 N. Michigan Ave
Suite 2500
Chicago, IL 60601
312-787-4949
Email: Patrick.Rocks@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Philip Edward Howard**
Howard & Nemoy
35 East Wacker Drive
Suite 250
Chicago, IL 60601
(312) 782-7120
*ATTORNEY TO BE NOTICED*

**Ronald Vance Hirst**
National Futures Association
300 S Riverside Plz Ste 1800
Chicago, IL 60606-6615

(312) 781-1394
Email: rhirst@nfa.futures.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert J Quinn** represented by **Judson Hirsch Miner**
*Commissioner City of Chicago Fire Department*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Edward Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Vance Hirst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William E Cahill** represented by **Judson Hirsch Miner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Edward Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Vance Hirst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reginald DuBois** represented by **Judson Hirsch Miner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Edward Howard**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ronald Vance Hirst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quentin J Goodwin**
*Commissioners, City of Chicago Civil Service Commission*

represented by **Judson Hirsch Miner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Edward Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Vance Hirst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Zachary J. Ferguson**

represented by **Zachary J. Ferguson**
1451 W. 110th Place
Chicago, IL 60643
Email: zferg39759@aol.com
PRO SE

**Intervenor**

**Chicago Fire Officers Association**

represented by **Perry L. Fuller**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Local 2 Chicago Fire Fighters Union, Local 2, I.A.F.F., AFL-CIO**

represented by **Robert S. Sugarman**
Jacobs, Burns, Sugarman & Orlove
201 North Wells Street
Suite 1900
Chicago, IL 60606
(312) 372-1646
Email: rssugarman31@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/1995 | | JOINT MOTION by plaintiff USA, defendant Chgo, Cty of to vacate 1974 amended consent decree and 1979 agreed to injunctive order and to enter an amended consent decree (Attachments); Notice of filing (eav) (Entered: 07/21/1995) |

US003

| 07/20/1995 | | REASSIGNMENT ORDER of 7/19/95: Case reassigned to Hon. Judge James H. Alesia from Hon. Judge McGarr pursuant to local General Rule 2.30G (For further detail see order.) Mailed notice (eav) (Entered: 07/21/1995) |
|---|---|---|
| 07/21/1995 | | EMERGENCY MOTION by defendant Chgo, Cty of to vacate 1974 amended consent decree and 1979 agreed to injutive order and to enter an amended consent decree (Attachments); Notice of motion (eav) (Entered: 07/24/1995) |
| 07/21/1995 | | MINUTE ORDER of 7/21/95 by Hon. James H. Alesia : Defendant City of Chicago's [0-1] [0-2] [0-1] [0-2] emergency motion and joint motion of plaintiff and defendant City of Chicago to vacate 1974 amended consent decree and 1979 agreed-to injunctive order and to enter an amended consent decree are continued to 7/24/95 at 9:30 a.m. No notice (eav) (Entered: 07/24/1995) |
| 07/24/1995 | | MINUTE ORDER of 7/24/95 by Hon. James H. Alesia : Defendant City of Chicago's emergency motion and joint motion of plaintiff and defendant City of Chicago is granted as to vacate 1974 amended consent decree and 1979 agreed-to injunctive order and is [0-1], [0-1] withdrawn as to enter an amended consent decree. It is hereby ordered that the amended consent decree entered on 1/28/74 by Judge McMillen and the agreed-to injunction order entered on 6/26/79 by Judge McGarr are vacated. By agreement, the parties agree that an amended consent decree is not needed. [0-2], [0-2] The defendant City of Chicago is given leave to hold the firefighters' entrance examination on 7/26/95 and 7/27/95. This case is dismissed. terminating case Mailed notice (eav) (Entered: 07/25/1995) |
| 07/01/2014 | 1 | MOTION by Intervenor Plaintiff Zachary J. Ferguson for intervention, MOTION by Intervenor Plaintiff Zachary J. Ferguson to appoint an "Article III" Judge over, MOTION by Intervenor Plaintiff Zachary J. Ferguson to vacate court ruling by Sidney L. Schenkier, US Magistrate Judge on, or near 6/16/2014. (Exhibits). (mgh, ) (Entered: 07/03/2014) |
| 07/01/2014 | 2 | CIVIL Cover Sheet (mgh, ) (Entered: 07/03/2014) |
| 07/01/2014 | 3 | PRO SE Appearance by Intervenor Plaintiff Zachary J. Ferguson. (mgh, ) (Entered: 07/03/2014) |
| 07/01/2014 | 4 | NOTICE by Zachary J. Ferguson of Motion re MOTION by Intervenor Plaintiff Zachary J. Ferguson to interveneMOTION by Intervenor Plaintiff Zachary J. Fergusonto appoint an "Article III" Judge overMOTION by Intervenor Plaintiff Zachary J. Ferguson to vacate 1 (Attachments: # 1 Notice of Motion- U.S. Dept of Justice, # 2 Notice of Motion-White House, # 3 Notice of Motion-City of Chicago, # 4 Notice of Motion-Chicago Fire Depart, # 5 Notice of Motion-City of Chicago).(mjc, ) (Entered: 07/03/2014) |
| 07/09/2014 | 11 | ORDER Signed by the Honorable Sidney I. Schenkier on 7/9/2014. mailed notice(tg, ) (Entered: 03/23/2015) |
| 08/05/2014 | 5 | MOTION by Intervenor Plaintiff Zachary J. Ferguson not to be disqualified from taking 2014 firefighter exam. (gcy, ) (Entered: 08/07/2014) |
| 08/05/2014 | 6 | NOTICE of Filing by Zachary J. Ferguson. (gcy, ) (Entered: 08/07/2014) |
| 08/05/2014 | 7 | NOTICE of filing by Zachary J. Ferguson. (gcy, ) (Entered: 08/07/2014) |
| 08/05/2014 | 8 | NOTICE of Filing by Zachary J. Ferguson. (gcy, ) (Entered: 08/07/2014) |
| 08/05/2014 | 9 | NOTICE of Filing by Zachary J. Ferguson (gcy, ) (Entered: 08/07/2014) |
| 08/05/2014 | 10 | NOTICE of Filingby Zachary J. Ferguson. (gcy, ) (Entered: 08/07/2014) |
| 12/30/2016 | 12 | LETTER from Zachary Ferguson dated 12/30/2016. (ph, ) (Entered: 01/04/2017) |

| | | |
|---|---|---|
| 12/30/2016 | 13 | PRO SE Appearance by Intervenor Plaintiff Zachary J. Ferguson. (ph, ) (Entered: 01/04/2017) |
| 12/30/2016 | 14 | MOTION by Intervenor Plaintiff Zachary J. Ferguson to reopen case no. 69CV2145, 73CV661, 80CV1590, to squash and/or vacate U.S. Magistrate Judge Sidney I. Schenkier June 19,2014 Order to remove City of Chicago, for temporary, preliminary relief, to quash or vacate my property sold, and to remove consent decree 69C2145,73C661,80C1590 Jurisdiction from federal court, and motion for the Chief Judge of Federal Court to appoint an "Article III" Judge over consent decree: 69cv2l45, 73cv661, 80cv1590. (ph, ) (Entered: 01/04/2017) |
| 12/30/2016 | 15 | APPLICATION for enforcement and to hold Chicago Park District, City of Chicago, an Illinois Municipal Corporation, etc. and those defendants causing, aiding and/or abetting, in contempt for violation of federal court orders, consent decrees 73CV661, 80CV1590, and/or SHAKMAN DECREE 69CV2145, etc. by Zachary J. Ferguson. (ph, ) (Entered: 01/04/2017) |
| 12/30/2016 | 16 | NOTICE of filing by Zachary J. Ferguson. (ph, ) (Entered: 01/04/2017) |
| 12/30/2016 | 17 | NOTICE of filing by Zachary J. Ferguson. (ph, ) (Entered: 01/04/2017) |
| 01/12/2017 | 18 | EXECUTIVE COMMITTEE ORDER: Entries 5 , 14 , 15 are stricken from the docket pursuant to the Executive Committee Order. Signed by the Executive Committee on 1/12/2017. (See order for further details). Mailed Notice. (lcw, ) (Entered: 02/07/2017) |
| 02/27/2017 | 19 | MAIL RETURNED, for document # 18 sent to Philip Edward Howard returned as undeliverable, return to sender. No new contact information received; however the document will be mailed a second time. (cc, ) (Entered: 03/02/2017) |
| 03/21/2017 | 20 | MAIL RETURNED, for document # 18 sent to Philip Edward Howard returned as undeliverable, return to sender. Attorney contacted and directed to file a Notification of Change of Address with the Clerk's Office. Re-mailed to 111 West Washington St., #1023, Chicago, IL. 60602 (cc, ) (Entered: 03/30/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/28/2020 11:56:27 | | | |
| **PACER Login:** | hfruizjr:3411200:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:73-cv-00661 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |