# EXHIBIT 4

Notice from City to United States

re Captain's Exam, August 3, 2018



## Department of Law
### City of Chicago

August 3, 2018

**VIA PROTECTED EMAIL AND OVERNIGHT DELIVERY**

**PERSONAL AND CONFIDENTIAL**

Hector F. Ruiz, Jr.
United States Department of Justice
Civil Rights Division
Employment Litigation Section, PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530

    Re:    **United States v. Albrecht**, Civil Action No. 80 C 1590

Dear Mr. Ruiz:

    I have enclosed for your review and consideration a copy of the City of Chicago Technical Manual For Fire Captain Promotional Process for the development and implementation of a promotional examination for the rank of Captain (Project No. 00315). The Manual consists of Volume I ("Job Analysis and Recommended Test Strategy") and the appendices referenced therein, Volume II ("Test Development and Validation") and the appendices referenced therein with the exception of two that we have withheld for confidentiality reasons, and Volume III ("Implementation Considerations"). The examination itself was administered in January and February of 2017. This manual is provided in compliance with the consent decree in the above-captioned case and is not intended for further distribution. Further, the document is protected by copyright and the City of Chicago retains all rights with respect to this document.

US001

Thank you for your attention and consideration of this matter. Please contact me to confirm receipt and if you require any additional documents, materials, or information.

Very truly yours,

David J. Seery
Deputy Corporation Counsel
Administration
(312) 744-2825

Enclosures

US002