# EXHIBIT 5

United States' Request for Information re Proposed Eligibility List, September September 4, 2018



U.S. Department of Justice

Civil Rights Division

DK:KDW:HFR
DJ 170-23-199

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

*Via U.S. Mail and Email*

David Seery, Esquire
Deputy Corporation Counsel
City of Chicago Law Department
121 North LaSalle Street, Room 600
Chicago, Illinois 60602

September 4, 2018

Re: United States v. Albrecht, et. al., Civil Action No. 80 C 1590

Dear Mr. Seery:

The Department of Justice ("Department") has reviewed the technical materials the City of Chicago provided on August 3, 2018 regarding the Chicago Fire Department's ("CFD") most recent Captain promotion examination. In an effort to complete the process under the Consent Decree for the adoption of a new promotion eligibility list, we request the information set forth below.

If the City intends to adopt a new eligibility list based upon the results of the Captain examination, please provide the following:

(1) information identifying the individuals who were promoted from the existing Captain eligibility list, including the race/ethnicity of the individuals and the date of promotion;
(2) identification of any persons passed over for promotion from the existing Captain eligibility list and the reason therefore (*See* Consent Decree, Paragraphs 5(A) and 4(A)(2)), and whether any other persons from the existing eligibility list will be promoted prior to it being retired (*See* Paragraph 5(A));
(3) the date City intends to retire the existing Captain promotion eligibility list;
(4) a copy of the promotion eligibility list the City seeks to adopt, including the race/ethnicity of the individuals on the list; and
(5) the expected duration of the list the City intends to adopt.

Thank you for the assistance the City continues to provide with respect to the Department's efforts to monitor compliance with the Decree in this matter. If you have any questions or concerns, I may be reached at (202) 514-9694.

Sincerely,

Delora L. Kennebrew

Chief
Employment Litigation Section

By: *[signature]*

Hector F. Ruiz, Jr.
Attorney